**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
KIMBERLY K. DODD, BAR NO. 235109

ATTORNEYS FOR COUNTERDEFENANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>   Defendants. | Case No. CV-04-03843 RMW (HRL)<br><br>**ORDER GRANTING COUNTERDEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 7, 8, 9, 10,11 12, 13 AND 14 TO THE DECLARATION OF DAVID B. MOYER IN SUPPORT OF STC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>   Counterclaimant,<br><br>  v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>   Counterdefendants. | Hearing: June 16, 2006<br>Time:  9:00 a.m.<br>Location: Courtroom 6<br><br>The Honorable Ronald M. Whyte |

Pursuant to Civil Local Rules 79-5, CounterDefendants Schlumberger Technology Corporation hereby move the Court to issue an administrative Order that authorizes the sealing of Exhibits 7, 8, 9, 10, 11, 12, 13 and 14 to the Declaration of David B. Moyer in support of STC's Motion for Partial Summary Judgment. After considering the papers and arguments submitted in support of CounterDefendants' motion, and finding good cause therefore,

IT IS HEREBY ORDERED that CounterDefendants' administrative motion is GRANTED, and Exhibits 7, 8, 9, 10, 11, 12, 13 and 14 to the Declaration of David. B. Moyer in support of STC's Motion for Partial Summary Judgment shall be filed under seal.

DATE: ___5/31/06___, 2006

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte