| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW<br>1530 Page Mill Road |
| 2 | Palo Alto, CA 94304-1125<br>Telephone: 650.856.3700 |
| 3 | Facsimile: 650.856.3710 |
| 4 | Nancy J. Geenen, Bar No. 135968<br>David B. Moyer, Bar No. 197739 |
| 5 | KIMBERLY K. DODD, BAR NO. 235109 |
| 6 | Attorneys For Counterdefendant,<br>SCHLUMBERGER TECHNOLOGY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/6/06*

| | |
|---|---|
| MEMRY CORPORATION | Case No. CV-04-03843 RMW (HRL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO WRITTEN DISCOVERY AND FILE MOTIONS TO COMPEL** |
| v. | |
| KENTUCKY OIL CORPORATION, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V., | |
| Defendant. | |
| KENTUCKY OIL TECHNOLOGY, N.V., | |
| Counterclaimant, | |
| MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION, | |
| Counterdefendants. | |

1  WHEREAS, at the Case Management Conference held on April 28, 2006, the Court
2  directed the parties to complete all outstanding written discovery by June 16, 2006 and to file
3  any motions to compel related to outstanding discovery by June 30, 2006; and

4  WHEREAS, certain unforeseen events have prevented the parties from completing all
5  outstanding discovery;

6  IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to
7  Civil Local Rule 6-1(b), that 1) the date for completion of all outstanding written discovery
8  should be extended from June 16, 2006 to June 30, 2006 and 2) the deadline for filing any
9  motions to compel should be extended from June 30, 2006 to July 14, 2006.

10  This stipulation shall be without prejudice to any party seeking further extensions of time
11  from the Court.

12  DATED:  June 22, 2006                    Cantor Colburn LLP

14                                           By:  /s/ Andrew J. Ryan
                                                  ANDREW J. RYAN
15                                                Attorneys for Plaintiff and Counterdefendant
                                                  MEMRY CORPORATION

17  DATED:  June 22, 2006                    Luce, Forward, Hamilton & Scripps LLP

19                                           By:  /s/ Michael H Bierman
                                                  Michael H. Bierman
20                                                Attorneys for KENTUCKY OIL
                                                  TECHNOLOGY, N.V., PETER
21                                                BESSELINK and MEMORY METAL
                                                  HOLLAND B.V.

24  DATED:  June 22, 2006                    Foley & Lardner LLP

26                                           By:  /s/ David B. Moyer
                                                  David B. Moyer
27                                                Attorneys for Counterdefendant
                                                  SCHLUMBERGER TECHNOLOGY
28                                                CORPORATION

1
STIPULATION EXTENDING TIME TO RESPOND TO WRITTEN
DISCOVERY AND FILE MOTIONS TO COMPEL
CASE NO. CV-04-03843 RMW (HRL)

SVCA_35850.1

1   Concurrence in the filing of this document has been obtained from Michael H. Bierman
2   and Andrew J. Ryan, the signatories listed above.

3   DATED: June 22, 2006                    Foley & Lardner LLP
4

5
                                            By:   /s/ David B. Moyer
6                                                 David B. Moyer
                                                  Attorneys for Counterdefendant
7                                                 SCHLUMBERGER TECHNOLOGY
                                                  CORPORATION
8

9                                    **ORDER**

10   Pursuant to Stipulation, IT IS HEREBY ORDERED that 1) the date for completion of all
11   outstanding written discovery shall be extended from June 16, 2006 to June 30, 2006 and 2) the
12   deadline for filing any motions to compel shall be extended from June 30, 2006 to July 14, 2006.

13
     Dated:  7/6/06                         /s/ Ronald M. Whyte
14                                          Ronald M. Whyte
                                            United States District Court Judge
15