\*E-filed 8/28/06\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEMRY CORPORATION,

    Plaintiff,

    v.

KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,

    Defendants.

———————————————————

KENTUCKY OIL TECHNOLOGY, N.V.,

    Counterclaimant,

    v.

MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,

    Counterdefendants.

———————————————————

Case No. C04-03843 RMW (HRL)

**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD**

It is hereby ordered that Kentucky Oil Technology, N.V. (KOT) show cause why Schlumberger Technology Corp.'s opposition to KOT's motion to compel production of documents in response to KOT's Second Document Request, as well as exhibits 2, 7, 9, 10, 11, 12, 14, 16, 17, and 18 to David B. Moyer's declaration in support of that opposition, should not

1  become part of the public record pursuant to Civil Local Rule 79-5(d).[1]  A declaration showing
2  cause shall be filed by September 5, 2006.

4  **IT IS SO ORDERED.**

7  Dated: 8/28/06
8                  HOWARD R. LLOYD
9                  UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

---

[1] READ LOCAL RULE 79-5.

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Michael H. Bierman mbierman@luce.com,

William J. Cass WCass@CantorColburn.com,

Kimberly K. Dodd kdodd@foley.com, rbarcena@foley.com

Nancy J. Geenen ngeenen@foleylaw.com, rbarcena@foleylaw.com

Benjamin J. Holl benjamin.holl@dbr.com, kristi.baughman@dbr.com

Thomas J Mango tmango@cantorcolburn.com

David B. Moyer dmoyer@foley.com, jpung@foley.com; smurthy@foley.com; mlagdameo@foley.com

Nicola A. Pisano npisano@luce.com

Charles A. Reid , III charles.reid@dbr.com, kristi.baughman@dbr.com; april.miller@dbr.com; chris.lorange@dbr.com; ioana.mondescu@dbr.com

Andrew C Ryan Ryan@CantorColburn.com,

Jeffrey David Wexler jwexler@luce.com, tdelpomar@luce.com

**A courtesy copy will be sent to:**

Michael A. Cantor
Cantor & Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002

Simon E. Dance
Foley & Lardner
3000 K Street, N.W.
Suite 500
Washington, DC 20007

Lee L Kaplan

3

| | |
|---|---|
| 1 | Smyser Kaplan & Vesekla |
| 2 | Suite 2300 |
|   | 700 Louisiana |
| 3 | Houston, TX 77002 |

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 8/28/06

                                 /s/  JMM

                               Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California