United States District Court

For the Northern District of California

1

2

3                                                              *E-filed 9/19/06*

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   MEMRY CORPORATION,
                                              Case No. C04-03843 RMW (HRL)
12              Plaintiff,
                                              **ORDER SUSTAINING
13       v.                                   SCHLUMBERGER'S ASSERTIONS OF
                                              PRIVILEGE**
14   KENTUCKY OIL TECHNOLOGY, N.V.,
     PETER BESSELINK, MEMORY METALS
15   HOLLAND, B.V.,                           Re: Docket No. 166

16              Defendants.
     _____
17
     KENTUCKY OIL TECHNOLOGY, N.V.,
18
                Counterclaimant,
19
         v.
20
21   MEMRY CORPORATION and
     SCHLUMBERGER TECHNOLOGY
22   CORPORATION,

23              Counterdefendants.
     _____/
24

25          The court has completed its *in camera* review of two Schlumberger Technology

26   Corporation (STC) documents withheld on grounds of attorney-client privilege.  The court finds

27   that the redacted portions of pages ST 041949 to ST 041961 and ST 038463 to ST 038465

28   incorporate legal advice from attorney to client, and therefore constitute privileged

1   communications.  STC need not produce the redacted portions to defendants/counterclaimants.

2

3        **IT IS SO ORDERED.**

4

5   Dated:      9/19/06



6                                                    HOWARD R. LLOYD

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1    THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2    Michael H. Bierman mbierman@luce.com,

3    William J. Cass WCass@CantorColburn.com,

4
5    Kimberly K. Dodd kdodd@foley.com, rbarcena@foley.com

6    Nancy J. Geenen ngeenen@foleylaw.com, rbarcena@foleylaw.com

7    Benjamin J. Holl benjamin.holl@dbr.com, kristi.baughman@dbr.com

8    Thomas J Mango tmango@cantorcolburn.com

9
     David B. Moyer dmoyer@foley.com, jpung@foley.com; smurthy@foley.com;
10   mlagdameo@foley.com

11   Nicola A. Pisano npisano@luce.com

12
     Charles A. Reid , III charles.reid@dbr.com, kristi.baughman@dbr.com; april.miller@dbr.com;
13   chris.lorange@dbr.com; ioana.mondescu@dbr.com

14   Andrew C Ryan Ryan@CantorColburn.com,

15   Jeffrey David Wexler jwexler@luce.com, tdelpomar@luce.com

16

17

18

19

20
     **A courtesy copy will be sent to:**
21
22   Michael A. Cantor
     Cantor & Colburn LLP
23   55 Griffin Road South
     Bloomfield, CT 06002
24
25   Simon E. Dance
     Foley & Lardner
26   3000 K Street, N.W.
     Suite 500
27   Washington, DC 20007

28
     Lee L Kaplan

**United States District Court**
For the Northern District of California

3

1  Smyser Kaplan & Vesekla
2  Suite 2300
   700 Louisiana
3  Houston, TX 77002

4

5  * Counsel are responsible for providing copies of this order to co-counsel.

6

7
   Dated:      9/19/06                    /s/  JMM
8                                  Chambers of Magistrate Judge Lloyd

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28