*E-filed 11/16/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>    Defendants. | Case No. C04-03843 RMW (HRL)<br><br>**ORDER DENYING AS MOOT KENTUCKY OIL'S REQUEST FOR AUGMENTATION OF RECORD AND RECONSIDERATION**<br><br>Re: Docket No. 225 |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>    Counterclaimant,<br><br>    v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Counterdefendants. | |

On September 13, 2006, Kentucky Oil Technology, N.V. (KOT) filed a request that this court allow augmentation of the record and reconsider a portion of its September 6, 2006 discovery ruling. KOT concluded its request by stating "in the event that the Court wishes to consider Kentucky Oil's request, Kentucky Oil respectfully asks the Court to issue an Order

1 stating that it is considering such request and that the parties' time for objecting to the
2 September 6 Order will not begin to run until the Court rules on the request." The court issued
3 no such order.  The terms of KOT's request effectively included an expiration date: the request
4 was withdrawn upon the filing of a formal objection with Judge Whyte on September 18.  This
5 court concludes that the request for action from it was mooted by the filing of the objection with
6 Judge Whyte.  KOT's request to this court to augment the record and reconsider its September 6
7 order is DENIED as moot.

**IT IS SO ORDERED.**

Dated:    11/16/06



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Michael H. Bierman mbierman@luce.com,

William J. Cass WCass@CantorColburn.com,

Kimberly K. Dodd kdodd@foley.com, rbarcena@foley.com

Nancy J. Geenen ngeenen@foleylaw.com, rbarcena@foleylaw.com

Benjamin J. Holl benjamin.holl@dbr.com, jeanette.juniel@dbr.com

Thomas J Mango tmango@cantorcolburn.com

David B. Moyer dmoyer@foley.com, jpung@foley.com; smurthy@foley.com; mlagdameo@foley.com

Nicola A. Pisano npisano@luce.com

Charles A. Reid , III charles.reid@dbr.com, kristi.baughman@dbr.com; april.miller@dbr.com; chris.lorange@dbr.com; ioana.mondescu@dbr.com

Andrew C Ryan Ryan@CantorColburn.com,

Jeffrey David Wexler jwexler@luce.com, tdelpomar@luce.com


\* Counsel are responsible for providing copies of this order to co-counsel.


Dated:    11/16/06                                    /s/  JMM
                                                      Chambers of Magistrate Judge Lloyd