**E-FILED on**   12/3/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>      Defendants. | No. C-04-03843 RMW<br><br>ORDER REGARDING *EX PARTE* APPLICATION TO SCHEDULE CASE MANAGEMENT CONFERENCE<br><br>**[Re Docket Nos. 226, 243]** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>      Counterclaimant,<br><br>      v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>      Counterdefendants. | |

On November 13, 2006, Kentucky Oil filed an *ex parte* application for the court to hold a new case management conference. As Schumberger points out, Kentucky Oil did not present the authority allowing such a motion to be filed *ex parte* as required by Civil L.R. 7-10, nor is the court

ORDER REGARDING *EX PARTE* APPLICATION TO SCHEDULE CASE MANAGEMENT CONFERENCE—C-04-03843 RMW
SEG

1  aware of any.  Furthermore, the facts as presented to the court do not appear to justify the relief
2  Kentucky Oil seeks.  Kentucky Oil's request is denied without prejudice.  The court will, however,
3  consider alterations to the schedule at the December 15, 2006 hearings on the motions to amend
4  complaints and the motion to sever, as the resolution of those motions may impact the schedule of
5  this case.

8  DATED:   12/3/06                     *Ronald M. Whyte*
                                         RONALD M. WHYTE
9                                        United States District Judge

ORDER REGARDING *EX PARTE* APPLICATION TO SCHEDULE CASE MANAGEMENT CONFERENCE—C-04-03843 RMW
SEG                                                           2

**Notice of this document has been electronically sent to:**

**Counsel for plaintiff:**
| | |
|---|---|
| Andrew C. Ryan | ryan@cantorcolburn.com |
| William J. Cass | wcass@cantorcolburn.com |
| Benjamin J. Holl | benjamin.holl@dbr.com |
| Charles A. Reid, III | charles.reid@dbr.com |

**Counsel for counterdefendant:**
| | |
|---|---|
| Nancy J. Geenen | ngeenen@foleylaw.com |
| David B. Moyer | dmoyer@foley.com |
| Kimberly K. Dodd | kdodd@foley.com |

**Counsel for defendants:**
| | |
|---|---|
| Michael H. Bierman | mbierman@luce.com |
| Nicola A. Pisano | npisano@luce.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     12/3/06                   /s/ JH
                                         **Chambers of Judge Whyte**