1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
KIMBERLY K. DODD, BAR NO. 235109

ATTORNEYS FOR COUNTERDEFENANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

E-FILED ***12/18/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION, | Case No. CV-04-03843 RMW (HRL) |
| Plaintiff, | **STIPULATION REGARDING EXCHANGE OF EXPERT REPORTS** |
| v. | |
| KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V., | |
| Defendants. | |
| KENTUCKY OIL TECHNOLOGY, N.V., | The Honorable Ronald M. Whyte |
| Counterclaimant, | |
| v. | |
| MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION, | |
| Counterdefendants. | |

WHEREAS the parties disclosed their respective experts on November 15, 2006;

WHEREAS the expert discovery cutoff is January 15, 2007;

WHEREAS the parties desire modification to the schedule regarding expert discovery as set forth below;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the following deadlines govern expert discovery:

1.  Parties with the burden of proof shall serve initial expert reports on or before December 15, 2006;

2.  Parties shall serve rebuttal expert reports on or before January 16, 2007; and

3.  The parties shall complete expert discovery on or before February 15, 2007.

DATED: DECEMBER 8, 2006                    FOLEY & LARDNER LLP


                                           _____/S/_____
                                           NANCY J. GEENEN

                                           ATTORNEYS FOR COUNTERDEFENDANT
                                           SCHLUMBERGER TECHNOLOGY
                                           CORPORATION

DATED: DECEMBER 8, 2006                    CANTOR COLBURN LLP


                                           _____/S/_____
                                           ANDREW J. RYAN

                                           ATTORNEYS FOR PLAINTIFF AND
                                           COUNTERDEFENDANT MEMRY
                                           CORPORATION

DATED: DECEMBER 8, 2006                    LUCE FORWARD HAMILTON & SCRIPPS LLP


                                           _____/S/_____
                                           NICOLA A. PISANO

                                           ATTORNEYS FOR KENTUCKY OIL
                                           TECHNOLOGY, N.V., PETER BESSELINK
                                           AND MEMORY METAL HOLLAND B.V.

SVCA_43380.2

Concurrence in the filing of this document has been obtained from Andrew J. Ryan and Nicola Pisano, the signatories listed above.

DATED:  DECEMBER 8, 2006                          FOLEY & LARDNER LLP


                                                         /s/
                                                  _____
                                                  NANCY J. GEENEN

                                                  ATTORNEYS FOR COUNTERDEFENDANT
                                                  SCHLUMBERGER TECHNOLOGY
                                                  CORPORATION


## <u>ORDER</u>

Pursuant to Stipulation, IT IS SO ORDERED.


DATE:  ___12/18/06_____, 2006          /s/ Ronald M. Whyte
                                             _____
                                             RONALD M. WHYTE
                                             UNITED STATES DISTRICT JUDGE

SVCA_43380.2