IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>    Defendants. | Case No. C04-03843 RMW (HRL)<br><br>**ORDER RE: KOT'S MOTION FOR A PROTECTIVE ORDER**<br><br>Re: Docket No. 371 |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>    Counterclaimant,<br><br>    v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Counterdefendants. | |

Kentucky Oil Technology ("KOT") moves, on shortened time, for an order (1) preventing Memry Corporation ("Memry") and Schlumberger Technology Corporation ("STC") from together taking more than ten depositions without leave of court, (2) establishing the remaining number of depositions that KOT may take, and (3) preventing the deposition of

Barrie Hart from going forward until all parties are guaranteed sufficient time to examine him. Memry and STC oppose the motion. The matter has been deemed appropriate for submission without a hearing.

The court ORDERS that:

1. Memry and STC are on the same "side" in the action. Thus, under the Federal Rules of Civil Procedure, they are limited to a total of ten depositions absent a written stipulation or a court order finding good cause to exceed ten total depositions. FED. R. CIV. P. 30(a)(2)(A); Advisory Comm. Notes to 1993 Amendments to FED. R. CIV. P. 30(a). No stipulation is in place and Memry and STC have not sought a court order increasing that number, therefore KOT's motion is granted in this respect.

2. The court finds that KOT has taken nine depositions to date. KOT's cross-examination of L. MacDonald Schetky in the deposition noticed by Memry does not count toward KOT's total. KOT's deposition of Phillipe Poncet in his individual capacity does count toward the total, despite the fact that KOT was also deposing him as a Rule 30(b)(6) witness

3. If Barrie Hart is not available for more than one seven-hour day of deposition, Memry and STC are entitled to 3.5 hours to examine him and KOT is entitled to 3.5 hours to cross-examine him.

**IT IS SO ORDERED.**

Dated: 2/2/07
/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Michael H. Bierman mbierman@luce.com,

William J. Cass WCass@CantorColburn.com,

Kimberly K. Dodd kdodd@foley.com, rbarcena@foley.com

Nancy J. Geenen ngeenen@foleylaw.com, rbarcena@foleylaw.com

Benjamin J. Holl benjamin.holl@dbr.com, jeanette.juniel@dbr.com

Thomas J Mango tmango@cantorcolburn.com

David B. Moyer dmoyer@foley.com, jpung@foley.com; smurthy@foley.com; mlagdameo@foley.com

Nicola A. Pisano npisano@luce.com

Charles A. Reid , III charles.reid@dbr.com, kristi.baughman@dbr.com; april.miller@dbr.com; chris.lorange@dbr.com; ioana.mondescu@dbr.com

Andrew C Ryan Ryan@CantorColburn.com,

Jeffrey David Wexler jwexler@luce.com, tdelpomar@luce.com


\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 2/2/07

                                                /s/ JMM
                                      Chambers of Magistrate Judge Lloyd