**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
KIMBERLY K. DODD, BAR NO. 235109

ATTORNEYS FOR COUNTERDEFENANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 2/6/07*

| | | |
|---|---|---|
| MEMRY CORPORATION, | ) | Case No. CV-04-03843 RMW (HRL) |
| Plaintiff, | ) | **STIPULATION REGARDING EXPERT DISCOVERY AND ORDER** |
| v. | ) | |
| KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V., | ) | |
| Defendants. | ) | |
| | ) | The Honorable Ronald M. Whyte |
| KENTUCKY OIL TECHNOLOGY, N.V., | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION, | ) | |
| Counterdefendants. | ) | |

WHEREAS the parties disclosed their respective experts on November 15, 2006;

WHEREAS the expert discovery cutoff is February 15, 2007;

WHEREAS the Court ordered that the parties disclose expert reports on January 19, 2007 (Dkt. #284), but did not set deadlines for rebuttal expert reports;

WHEREAS the parties desire clarification and modification to the schedule regarding expert discovery as set forth below;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the following deadlines govern expert discovery:

1. Parties shall serve initial expert reports on or before January 19, 2007;

2. The parties shall serve rebuttal expert reports on or before February 9, 2007;

3. The parties shall complete expert discovery on or before March 2, 2007.

DATED: JANUARY 12, 2007                    FOLEY & LARDNER LLP

                                                    /s/
                                           NANCY J. GEENEN

ATTORNEYS FOR COUNTERDEFENDANT SCHLUMBERGER TECHNOLOGY CORPORATION

DATED: JANUARY 12, 2007                    CANTOR COLBURN LLP

                                                    /s/
                                           ANDREW J. RYAN

ATTORNEYS FOR PLAINTIFF AND COUNTERDEFENDANT MEMRY CORPORATION

DATED: JANUARY 12, 2007                    LUCE FORWARD HAMILTON & SCRIPPS LLP

                                                    /s/
                                           MICHAEL H. BIERMAN

ATTORNEYS FOR KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK AND MEMORY METAL HOLLAND B.V.

1  Concurrence in the filing of this document has been obtained from Andrew J. Ryan and
2  Michael H. Bierman, the signatories listed above.
3
4
5  DATED: JANUARY 12, 2007                FOLEY & LARDNER LLP
6                                                     /s/
                                          NANCY J. GEENEN
7
                                          ATTORNEYS FOR COUNTERDEFENDANT
8                                         SCHLUMBERGER TECHNOLOGY
                                          CORPORATION
9
10                       **ORDER**
11  Pursuant to Stipulation, IT IS SO ORDERED.
12
13  DATE: __2/6/07_____,      *Ronald M. Whyte*
                                   RONALD M. WHYTE
14                                 UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28