*E-filed 2/7/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEMRY CORPORATION,

Plaintiff,

v.

KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,

Defendants.

---

KENTUCKY OIL TECHNOLOGY, N.V.,

Counterclaimant,

v.

MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,

Counterdefendants.

_____________________________________/

Case No. C04-03843 RMW (HRL)

**ORDER RE: GEENAN DECLARATION FOR AWARD OF SANCTIONS**

Re: Docket No. 310

The court has reviewed Nancy Geenan's declaration for an award of sanctions and Kentucky Oil Technology, N.V.'s response to that declaration, both submitted pursuant to this court's order of January 4, 2007. Based upon the papers submitted and upon the court's assessment of what is fair, reasonable, and appropriate under the circumstances, the court

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

ORDERS Kentucky Oil, to pay $10,009.00 in sanctions for its failure to adequately disclose its estimated monetary damages pursuant to Federal Rule of Civil Procedure 26(a). Payment shall be made to Schlumberger Technology Corporation by February 20, 2007.

**IT IS SO ORDERED.**

Dated: 2/7/07



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Michael H. Bierman mbierman@luce.com,

William J. Cass WCass@CantorColburn.com,

Kimberly K. Dodd kdodd@foley.com, rbarcena@foley.com

Nancy J. Geenen ngeenen@foleylaw.com, rbarcena@foleylaw.com

Benjamin J. Holl benjamin.holl@dbr.com, jeanette.juniel@dbr.com

Thomas J Mango tmango@cantorcolburn.com

David B. Moyer dmoyer@foley.com, jpung@foley.com; smurthy@foley.com; mlagdameo@foley.com

Nicola A. Pisano npisano@luce.com

Charles A. Reid , III charles.reid@dbr.com, kristi.baughman@dbr.com; april.miller@dbr.com; chris.lorange@dbr.com; ioana.mondescu@dbr.com

Andrew C Ryan Ryan@CantorColburn.com,

Jeffrey David Wexler jwexler@luce.com, tdelpomar@luce.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 2/7/07

/s/ JMM

Chambers of Magistrate Judge Lloyd