**E-FILED on** 2/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>    Defendants. | No. C-04-03843 RMW<br><br>CLARIFICATION TO ORDER GRANTING KENTUCKY OIL'S MOTION TO CONTINUE HEARING ON SEVEN MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>**[Re Docket No. 368]** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>    Counterclaimant,<br><br>    v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Counterdefendants. | |

Defendant and counterclaimant Kentucky Oil Technology, N.V. ("KOT") previously asked this court to continue by two weeks the March 2, 2007, hearing date on the seven motions for partial summary judgment filed by plaintiff and counterdefendant Memry Corporation ("Memry") and

1 counterdefendant Schlumberger Technology Corporation ("STC").  The court granted KOT's motion,
2 but it would appear that KOT was unable to take advantage of the extended deadline for filing its
3 opposition.
4      Accordingly, the court clarifies its order as follows: STC and Memry's reply briefing shall be
5 filed by Tuesday, March 20, 2007.  The order otherwise remains unchanged.  The hearing on the
6 motions shall remain scheduled for Friday, March 23, 2007 at 9:00 a.m. and the Pre-Trial Conference
7 and Trial dates shall be as scheduled in this court's prior order.

10 DATED:      2/14/07                                 /s/ Ronald M. Whyte
11                                                          RONALD M. WHYTE
                                                             United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Memry:**
Andrew C. Ryan         ryan@cantorcolburn.com
William J. Cass        wcass@cantorcolburn.com
Thomas Mango           tmango@cantorcolburn.com
Benjamin J. Holl       benjamin.holl@dbr.com
Charles A. Reid, III   charles.reid@dbr.com

**Counsel for STC:**
Nancy J. Geenen        ngeenen@foleylaw.com
David B. Moyer         dmoyer@foley.com
Kimberly K. Dodd       kdodd@foley.com

**Counsel for KOT:**
Michael H. Bierman     mbierman@luce.com
Nicola A. Pisano       npisano@luce.com
Jeffrey David Wexler   jwexler@luce.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      2/14/07                              /s/ MAG
                                              **Chambers of Judge Whyte**

---

CLARIFICATION TO ORDER GRANTING KENTUCKY OIL'S MOTION TO CONTINUE HEARING ON SEVEN MOTIONS FOR PARTIAL SUMMARY JUDGMENT—C-04-03843 RMW
MAG                                                3