**E-FILED on**    2/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>    Defendants. | No. C-04-03843 RMW<br><br>ORDER OVERRULING OBJECTIONS TO THE MAGISTRATE JUDGE'S FEBRUARY 2, 2007 ORDER; ORDER TENTATIVELY GRANTING MEMRY'S REQUEST TO TAKE THREE ADDITIONAL DEPOSITIONS<br><br>**[Re Docket No. 433]** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>    Counterclaimant,<br><br>    v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Counterdefendants. | |

    Rule 72(a) of the Federal Rules of Civil Procedure allows parties to file timely objections to rulings of a magistrate judge in nondispositive matters. Such objections are sustained if the magistrate judge's order is "found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).

On February 12, 2007 plaintiff and counterdefendant Memry Corporation filed his objection to the magistrate judge's February 2, 2007 Order Re: KOT's [Kentucky Oil Technology, NV] Motion for a Protective Order. Memry objects to the portion of that order wherein the magistrate judge limited Memry and STC to a combined total of 10 depositions per Federal Rule of Procedure 30(a)(2)(A). The court has reviewed the magistrate judge's order and finds it to be neither clearly erroneous nor contrary to law.

Admittedly, the case history is ambiguous as to the number of depositions allowed. However, the Case Management Conference Order dated August 23, 2006 stated that the parties were to comply with the Federal Rule of Civil Procedure, which sets forth a ten deposition limit per side. Fed. R. Civ. P. 30(a)(2)(A); *see also* Advisory Comm. Notes to 1993 Amendments to Fed. R. Civ. P. 30(a) ("Paragraph (2)(A) is new. It provides a limit on the number of depositions the parties may take, absent leave of court or stipulation with the other parties. One aim of this revision is to assure judicial review under the standards stated in Rule 26(b)(2) before *any side* will be allowed to take more than ten depositions in a case without agreement of the other parties.") (emphasis added). The fact that the court referred to KOT's previous successful attempt to limit depositions to ten per party may or may not have been in error but it did not modify the August 23, 2006 Order. The discovery history does not convince the court that the parties necessarily intended a ten deposition per party limit.

However, the court tentatively agrees that the three additional depositions of United Stenting, Mr. Shukov and Mr. Vanderbruggen requested by Memry are appropriate. The court will give KOT an opportunity to respond to Memry's request. If desired, KOT shall file an opposition no later than <u>Friday, February 16, 2007</u>.

**ORDER**

Memry's objection to the magistrate judge's February 2, 2007 order is overruled. Memry's request to take the depositions of United Stenting, Mr. Shukov and Mr. Vanderbruggen is tentatively

1  granted. If KOT does not file an objection to this court's tentative ruling regarding the three additional
2  depositions, the tentative ruling will become final.
3
4
5  DATED:     2/14/07                                         /s/ Ronald M. Whyte
6                                                            RONALD M. WHYTE
7                                                            United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OVERRULING OBJECTIONS TO THE MAGISTRATE JUDGE'S FEBRUARY 2, 2007 ORDER; ORDER TENTATIVELY
GRANTING MEMRY'S REQUEST TO TAKE THREE ADDITIONAL DEPOSITIONS—C-04-03843 RMW
MAG                                                                3

**Notice of this document has been electronically sent to:**

**Counsel for Memry:**
| | |
|---|---|
| Andrew C. Ryan | ryan@cantorcolburn.com |
| William J. Cass | wcass@cantorcolburn.com |
| Thomas Mango | tmango@cantorcolburn.com |
| Benjamin J. Holl | benjamin.holl@dbr.com |
| Charles A. Reid, III | charles.reid@dbr.com |

**Counsel for STC:**
| | |
|---|---|
| Nancy J. Geenen | ngeenen@foleylaw.com |
| David B. Moyer | dmoyer@foley.com |
| Kimberly K. Dodd | kdodd@foley.com |

**Counsel for KOT:**
| | |
|---|---|
| Michael H. Bierman | mbierman@luce.com |
| Nicola A. Pisano | npisano@luce.com |
| Jeffrey David Wexler | jwexler@luce.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      2/14/07                              /s/ MAG
                                                          **Chambers of Judge Whyte**

ORDER OVERRULING OBJECTIONS TO THE MAGISTRATE JUDGE'S FEBRUARY 2, 2007 ORDER; ORDER TENTATIVELY GRANTING MEMRY'S REQUEST TO TAKE THREE ADDITIONAL DEPOSITIONS—C-04-03843 RMW MAG                                                          4