H. CHRISTIAN L'ORANGE (State Bar No. 71730)
BENJAMIN J. HOLL (State Bar No. 200630)
MICHAEL P. PULLIAM (State Bar No. 215435)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

WILLIAM J. CASS, ESQ., *pro hac vice*
ANDREW C. RYAN, ESQ., *pro hac vice*
THOMAS J. MANGO, ESQ., *pro hac vice*
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile (860) 286-0115

Attorneys for Plaintiff and Counterdefendant
MEMRY CORPORATION

*E-filed 3/2/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENTUCKY OIL TECHNOLOGY, NV, PETER BESSELINK AND MEMORY METAL HOLLAND B.V.,<br><br>　　　　Defendants.<br><br>KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　Counterdefendants. | Case No. C-04-03843 HRL<br><br>**[PROPOSED] ORDER GRANTING MEMRY CORPORATION'S STIPULATED MOTION TO SHORTEN TIME ON MOTION [DOCKET 403] TO COMPEL THE CONTINUED DEPOSITION OF THE DEFENDANT KOT, FOR AN ORDER PROHIBITING KOT'S COUNSEL FROM INSTRUCTING THE WITNESS NOT TO ANSWER QUESTIONS, AND FOR AN ORDER FOR SANCTIONS INCLUDING ATTORNEYS' FEES AND COSTS**<br><br>The Honorable Howard R. Lloyd |

GOOD CAUSE BEING FOUND, it is hereby ORDERED that:

Memry Corporation's Motion to Compel the Continued Deposition of the Defendant KOT and for an Order Prohibiting KOT's Counsel from Instructing the Witness Not to Answer Questions and Request for Sanctions Including Attorneys' Fees and Costs [Docket 403], filed on February 9, 2007, shall be scheduled for hearing on Tuesday, March 13, 2007.

Dated: _ March 2, 2007 _

_____
The Honorable Howard R. Lloyd
District Judge of the U.S. District Court
For the Northern District of California