**E-FILED on** __3/20/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　Counterdefendants. | No. C-04-03843 RMW<br><br><br>ORDER VACATING CALENDARED DATES |

　　　Due to the court's schedule, it has determined that it must continue the dates currently set for hearings and trial in this matter. The court hereby vacates the dates presently scheduled for the hearing on Memry's and STC's motions for summary judgment (Friday, March 23, 2007), the pretrial conference (Thursday, April 19, 2007), and the trial (Monday, April 30, 2007). The parties

shall work with the court's clerk to set a new date for the summary judgment motion hearing, pretrial conference and trial, keeping in mind the deadlines set forth in this court's Standing Order Re: Pretrial Preparation. The revised date for the hearing on Memry and STC's summary judgment should be after May 1, 2007. If the parties are unable to agree on revised dates, they should so inform the court and the court will set them according to its availability after May 1, 2007.

DATED:    3/20/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Memry:**
| | |
|---|---|
| Andrew C. Ryan | ryan@cantorcolburn.com |
| William J. Cass | wcass@cantorcolburn.com |
| Thomas Mango | tmango@cantorcolburn.com |
| Benjamin J. Holl | benjamin.holl@dbr.com |
| Charles A. Reid, III | charles.reid@dbr.com |

**Counsel for STC:**
| | |
|---|---|
| Nancy J. Geenen | ngeenen@foleylaw.com |
| David B. Moyer | dmoyer@foley.com |
| Kimberly K. Dodd | kdodd@foley.com |

**Counsel for KOT:**
| | |
|---|---|
| Michael H. Bierman | mbierman@luce.com |
| Nicola A. Pisano | npisano@luce.com |
| Jeffrey David Wexler | jwexler@luce.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/20/07                               /s/ MAG
                                        **Chambers of Judge Whyte**

ORDER VACATING CALENDARED DATES—No. C-04-03843 RMW
MAG                                                  3