**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on** ___3/21/07___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEMRY CORPORATION,

      Plaintiff,

    v.

KENTUCKY OIL TECHNOLOGY, N.V.,
PETER BESSELINK, MEMORY METALS
HOLLAND, B.V.,

      Defendants.

KENTUCKY OIL TECHNOLOGY, N.V.,

      Counterclaimant,

    v.

MEMRY CORPORATION and
SCHLUMBERGER TECHNOLOGY
CORPORATION,

      Counterdefendants.

No. C-04-03843 RMW

ORDER DENYING KENTUCKY OIL'S
MOTION TO ENLARGE TIME FOR FILING
MOTIONS TO COMPEL; GRANTING
MEMRY'S REQUEST IN PART TO ALLOW
TAKING ONE ADDITIONAL DEPOSITION

**[Re Docket Nos. 437, 438, 510]**

    Recently, the parties have filed certain discovery-related motions to be decided by this court.

First, on February 12, 2007 plaintiff and counterdefendant Memry Corporation filed an objection to

ORDER DENYING KENTUCKY OIL'S MOTION TO ENLARGE TIME FOR FILING MOTIONS TO COMPEL; GRANTING
MEMRY'S REQUEST IN PART TO ALLOW TAKING ONE ADDITIONAL DEPOSITION—No. C-04-03843 RMW
MAG

**United States District Court**
For the Northern District of California

1  the magistrate judge's determination limiting Memry and STC to a combined total of ten depositions

2  per Federal Rule of Procedure 30(a)(2)(A).  The court confirmed the ten-deposition limit, but

3  tentatively granted Memry's request to take three additional depositions, which Kentucky Oil

4  opposes.

5        Second, on February 27, 2007 Kentucky Oil moved to enlarge time to file five discovery

6  motions.  Kentucky Oil's motion came four days after the court's February 21, 2007 deadline for

7  filing discovery motions.  Two motions are based upon based on an asserted waiver of attorney-

8  client privilege and work product doctrine (a motion to compel discovery concerning STC's

9  "reasonable beliefs" as to Memry's Rights and motion for discovery concerning STC's evaluation of

10  Shell's intellectual property); two motions seek sanctions and further discovery regarding a recently-

11  deposed STC witness, Zaki Selim (a motion to compel further deposition of Mr. Selim and a motion

12  for sanctions for, *inter alia*, conduct at Mr. Selim's deposition); and one motion seeks production of

13  a memorandum from Memry.  STC and Memry oppose this motion.

14        **A.    Additional Memry Depositions**

15        Kentucky Oil opposes this court's tentative order granting Memry's request to take the

16  depositions of United Stenting, Mr. Shukov and Mr. Vanderbruggen.  Kentucky Oil argues that

17  Memry has not shown good cause to take these depositions.  It also contends that Memry

18  misrepresents the facts when it states it had no basis to know that these witnesses related to United

19  Stenting would have relevant information on the damages asserted by Kentucky Oil until Kentucky

20  Oil served its Third Amended Initial Disclosure on January 11, 2007.  As Kentucky Oil points out,

21  the same language used in the Third Amended Initial Disclosure was also included in its Second

22  Amended Initial Disclosure served on December 18, 2006.  It also points out that United Stenting

23  was originally a party to this action.

24        The court nevertheless agrees with Memry that permitting a deposition of a United Stenting

25  witness is appropriate given Kentucky Oil's second and third amended disclosures.  Because

26  Memry's motion seeking the additional discovery was made before the magistrate judge prior to the

27  end of the discovery period, the motion is not untimely.  The court will, however, limit Memry to

28  one additional deposition, either that of Mr. Shukov, Mr. Vanderbruggen or a single 30(b)(6)

**United States District Court**
For the Northern District of California

1    witness for United Stenting.  Memry may choose which of the three individuals it deposes. The

2    court will not entertain further motions to increase the deposition limits in this case.

3          **B.**      **Motion to Enlarge Time**

4          The fact discovery cut-off in this case was February 9, 2007.  Local Rule 26-2 provides that

5    no motions to compel fact discovery may be filed more than seven court days after the fact

6    discovery cut-off, or February 21, 2007.  Kentucky Oil sought permission to file five discovery-

7    related motions on February 28, 2007, four court days after the deadline for filing discovery

8    motions.

9          The discovery and motion practice in this case have been excessive.  It is time to bring

10   matters to a close.  Therefore, the court is unwilling to extend the deadline for bringing motions to

11   compel.  However, nothing in this order should be interpreted as precluding Kentucky Oil from

12   objecting to the admission of evidence that was previously withheld as attorney-client privileged or

13   protected by the work product doctrine.

14

15

16   DATED:        3/21/07                            *Ronald M. Whyte*

17                                           RONALD M. WHYTE
                                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **Notice of this document has been electronically sent to:**

2    **Counsel for Memry:**
Andrew C. Ryan        ryan@cantorcolburn.com
3    William J. Cass         wcass@cantorcolburn.com
Thomas Mango         tmango@cantorcolburn.com
4    Benjamin J. Holl        benjamin.holl@dbr.com
Charles A. Reid, III      charles.reid@dbr.com
5

**Counsel for STC:**
6    Nancy J. Geenen       ngeenen@foleylaw.com
David B. Moyer        dmoyer@foley.com
7    Kimberly K. Dodd      kdodd@foley.com

8    **Counsel for KOT:**
Michael H. Bierman      mbierman@luce.com
9    Nicola A. Pisano       npisano@luce.com
Jeffrey David Wexler     jwexler@luce.com
10

11    Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program.
12

13

14

15    **Dated:** _____3/21/07_____                 _____/s/ MAG_____
                                                  **Chambers of Judge Whyte**

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING KENTUCKY OIL'S MOTION TO ENLARGE TIME FOR FILING MOTIONS TO COMPEL; GRANTING
MEMRY'S REQUEST IN PART TO ALLOW TAKING ONE ADDITIONAL DEPOSITION—No. C-04-03843 RMW
MAG                                                4