**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
AARON M. SCHWARZ, BAR NO. 209275
KIMBERLY K. DODD, BAR NO. 235109

ATTORNEYS FOR COUNTERDEFENANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

e-filed 3/30/07

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>         Defendants.<br><br>_____<br><br>KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>         Counterclaimant,<br><br>    v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>         Counterdefendants.<br>_____ | Case No. CV-04-03843 RMW (HRL)<br><br>[PROPOSED] ORDER GRANTING STC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBIT C TO THE DECLARATION OF MATTHEW R. HACKWORTH IN SUPPORT OF STC'S MOTIONS FOR SUMMARY JUDGMENT<br><br><br>Hearing:    March 2, 2007<br>Time:       9:00 a.m.<br>Location:   Courtroom 6<br><br>The Honorable Ronald M. Whyte |

[PROPOSED] ORDER GRANTING STC'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV-04-03843 RMW (HRL)

SVCA_50534.1

1  Pursuant to Civil Local Rule 79-5, Counterdefendant Schlumberger Technology
2  Corporation ("STC") has moved the Court to issue an administrative Order that authorizes the
3  sealing of Confidential Exhibit C to the Declaration of Matthew R. Hackworth, Ph.D. in support
4  of STC's Motions for Summary Judgment.
5  After considering the papers and arguments submitted in support of STC's motion, and
6  finding good cause therefore,
7  IT IS HEREBY ORDERED that STC's administrative motion is GRANTED, and
8  Confidential Exhibit C to the Declaration of Matthew R. Hackworth, Ph.D. in support of STC's
9  Motions for Summary Judgment shall be filed under seal.

Dated: 3/30, 2007

/s/ Ronald M. Whyte
_____
The Honorable Ronald M. Whyte