**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
AARON M. SCHWARZ, BAR NO. 209275
KIMBERLY K. DODD, BAR NO. 235109

ATTORNEYS FOR COUNTERDEFENANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/3/07*

| | |
|---|---|
| MEMRY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>　　　　Defendants. | Case No. CV-04-03843 RMW (HRL)<br><br>**STIPULATION REGARDING THE REBUTTAL REPORT OF DR. JOHN BRAVMAN** AND ORDER |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　Counterdefendants. | The Honorable Ronald M. Whyte |

　　　　WHEREAS the parties have stipulated to the following schedule governing expert discovery (Dkt. No. 311): (1) initial reports due January 19, 2007; (2) rebuttal reports due February 9, 2007; and (3) expert discovery cut-off March 2, 2007;

　　　　WHEREAS Schlumberger Technology Corporation ("STC") planned to serve a rebuttal

report by Dr. John Bravman on February 9, 2007;

WHEREAS Dr. Bravman fell ill on an airplane the week of January 29, causing the flight to be diverted to Denver where he remained hospitalized until February 4;

WHEREAS Dr. Bravman needs additional time to recover during the week of February 5;

WHEREAS Dr. Bravman cannot complete his rebuttal report by February 9 due to the above;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that

1. STC shall have up to and including February 23, 2007 to serve Dr. Bravman's rebuttal report;
2. KOT shall have up to and including February 23, 2007 to serve Dr. Kenneth E. Perry's rebuttal report; and
3. The parties may take the depositions of Dr. Bravman and Dr. Perry after the March 2 deadline to complete expert discovery.

DATED: FEBRUARY 9, 2007                         FOLEY & LARDNER LLP

                                                /S/
                                                KIMBERLY K. DODD

                                                ATTORNEYS FOR COUNTERDEFENDANT
                                                SCHLUMBERGER TECHNOLOGY
                                                CORPORATION

DATED: FEBRUARY 9, 2007                         CANTOR COLBURN LLP

                                                /S/
                                                ANDREW C. RYAN

                                                ATTORNEYS FOR PLAINTIFF AND
                                                COUNTERDEFENDANT MEMRY
                                                CORPORATION

DATED: FEBRUARY 9, 2007                         LUCE FORWARD HAMILTON & SCRIPPS LLP

                                                /S/
                                                JEFFREY D. WEXLER

                                                ATTORNEYS FOR KENTUCKY OIL
                                                TECHNOLOGY, N.V., PETER BESSELINK
                                                AND MEMORY METAL HOLLAND B.V.

1   Concurrence in the filing of this document has been obtained from Andrew C. Ryan and
2   Jeffrey D. Wexler, the signatories listed above.

3   DATED: FEBRUARY 9, 2007                    FOLEY & LARDNER LLP

4                                              _____/S/_____
                                               KIMBERLY K. DODD

5                                              ATTORNEYS FOR COUNTERDEFENDANT
6                                              SCHLUMBERGER TECHNOLOGY
                                               CORPORATION

7

8                                    **ORDER**

9

10   Pursuant to Stipulation, IT IS SO ORDERED.

11

12
                                               *Ronald M. Whyte*
13   DATE:   4/3/07          , 2007            _____
                                               RONALD M. WHYTE
14                                             UNITED STATES DISTRICT JUDGE

15

3
STIPULATION REGARDING THE REBUTTAL REPORT OF DR. JOHN BRAVMAN
CASE NO. CV-04-03843 RMW (HRL)