**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

e-filed 4-5-07

NANCY J. GEENEN, BAR NO. 135968
DAVID B. MOYER, BAR NO. 197739
AARON M. SCHWARZ, BAR NO. 209275
KIMBERLY K. DODD, BAR NO. 235109

ATTORNEYS FOR COUNTERDEFENANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION, | Case No. CV-04-03843 RMW (HRL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING STC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBIT E TO THE JANUARY 26, 2007 DECLARATION OF PATRICK W. BIXENMAN TO STC'S MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V., | |
| Defendants. | |
| KENTUCKY OIL TECHNOLOGY, N.V., | Hearing: March 23, 2007 |
| Counterclaimant, | Time: 9:00 a.m. |
| | Location: Courtroom 6 |
| v. | |
| MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION, | The Honorable Ronald M. Whyte |
| Counterdefendants. | |

[PROPOSED] ORDER GRANTING STC'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV-04-03843 RMW (HRL)

SVCA_52237.1

Pursuant to Civil Local Rule 79-5, Counterdefendant Schlumberger Technology Corporation ("STC") has moved the Court to issue an administrative Order that authorizes the sealing of Confidential Exhibit E to the January 26, 2007 Declaration of Patrick W. Bixenman to STC's Motions for Summary Judgment.

After considering the papers and arguments submitted in support of STC's motion, and finding good cause therefore,

IT IS HEREBY ORDERED that STC's administrative motion is GRANTED, and Confidential Exhibit E to the January 26, 2007 Declaration of Patrick W. Bixenman to STC's Motions for Summary Judgment shall be filed under seal.

Dated: __April 5__, 2007

/s/ Ronald M. Whyte
_____
The Honorable Ronald M. Whyte

1
[PROPOSED] ORDER GRANTING STC'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. CV-04-03843 RMW (HRL)

SVCA_52237.1