**E-FILED on** 4/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION, | No. C-04-03843 RMW |
| Plaintiff, | ORDER REQUESTING KOT'S RESPONSE TO STC'S OBJECTION TO MAGISTRATE JUDGE'S MARCH 19, 2007 ORDER |
| v. | |
| KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V., | **[Re Docket No. 558]** |
| Defendants. | |
| KENTUCKY OIL TECHNOLOGY, N.V., | |
| Counterclaimant, | |
| v. | |
| MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION, | |
| Counterdefendants. | |

Counterdefendant Schlumberger Technology Corporation ("STC") filed a motion to compel production against defendant and counterclaimant Kentucky Oil Technology ("KOT"). STC sought to

ORDER OVERRULING STC'S OBJECTION TO MAGISTRATE JUDGE'S MARCH 19, 2007 ORDER—C-04-03843 RMW
MAG

1  compel production of an intellectual property evaluation conducted by attorney Nicola Pisano[1] in 2003
2  on behalf of Jomed, a predecessor in interest to KOT. The magistrate judge assigned to this case denied
3  STC's motion to compel in an order dated March 19, 2007 ("Order") after determining that the
4  evaluation was protected by the work-product doctrine and that STC had not shown substantial need
5  because the evaluation would only be corroborating evidence.

6  STC asks this court to review the Order because the magistrate judge did not review the
7  privileged materials in dispute *in camera*. STC argues that because KOT offered to make the disputed
8  materials available for *in camera* review, it was error for the magistrate judge not to undertake such a
9  review in light of the judge's determination that the information STC sought to compel "is not an
10 essential element of STC's prima facie case." Order at 4. STC contends that the evaluation may contain
11 a party admission or prior inconsistent statements that would not be otherwise available through
12 witnesses previously deposed, and would thus be more than corroborating evidence. *In camera* review,
13 according to STC, would have permitted the magistrate judge to determine whether the evaluation
14 would provide evidence beyond that which is merely corroborating.

15 The court shall permit KOT to file a brief of no longer than seven pages in opposition to STC's
16 objection by Monday, April 23, 2007. STC shall not be entitled to file a reply. Thereafter the matter
17 will be deemed submitted on the papers.

20 DATED:    4/9/07                               *Ronald M Whyte*
                                                  RONALD M. WHYTE
21                                                United States District Judge

---

28  [1]  Pisano is KOT's patent prosecution, transaction and litigation counsel in this matter. She is also a witness.

**Notice of this document has been electronically sent to:**

**Counsel for Memry:**
| | |
|---|---|
| Andrew C. Ryan | ryan@cantorcolburn.com |
| William J. Cass | wcass@cantorcolburn.com |
| Thomas Mango | tmango@cantorcolburn.com |
| Benjamin J. Holl | benjamin.holl@dbr.com |
| Charles A. Reid, III | charles.reid@dbr.com |

**Counsel for STC:**
| | |
|---|---|
| Nancy J. Geenen | ngeenen@foleylaw.com |
| David B. Moyer | dmoyer@foley.com |
| Kimberly K. Dodd | kdodd@foley.com |

**Counsel for KOT:**
| | |
|---|---|
| Michael H. Bierman | mbierman@luce.com |
| Nicola A. Pisano | npisano@luce.com |
| Jeffrey David Wexler | jwexler@luce.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/13/07                          /s/ MAG
                                         **Chambers of Judge Whyte**

ORDER OVERRULING STC'S OBJECTION TO MAGISTRATE JUDGE'S MARCH 19, 2007 ORDER—C-04-03843 RMW MAG
3