**E-FILED on** ____8/1/07____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>  Defendants. | No. C-04-03843 RMW<br><br>ORDER TAKING MEMRY'S MOTION TO DISMISS AND KOT'S MOTION FOR SANCTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT<br><br>**[Re Docket Nos. 635, 649]** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>  Counterclaimant,<br><br>  v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>  Counterdefendants. | |

Scheduled for hearing on August 3, 2007 before the court are two related motions: the first is a motion by Memry Corporation ("Memry") challenging Kentucky Oil's ("KOT's") standing to assert its counterclaims against Memry; the second is a motion by KOT for sanctions, asserting that

Memry is in violation of the court's scheduling orders and its order dated March 23, 2007, which expressly set forth that "No further dispositive motions shall be filed."  The motion to dismiss concerns whether KOT, as the successor-in-interest to United Stenting, Inc. (a foreign corporation that allegedly was restricted from transacting intrastate business in California because it did not first obtain a certificate of qualification), is barred from maintaining this civil action.  Central to the motion for sanctions is the parties' dispute over whether Memry's motion to dismiss is a disguised motion for summary judgment brought without seeking the court's leave.

Having reviewed the parties' papers, the court does not believe that oral argument is necessary.  Accordingly, the matter shall be deemed submitted on the papers.  *See* Civil L.R. 7-1(b).  Should the court later decide that it would benefit from oral argument, the parties will be notified.

DATED:  8/1/07

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Memry:**
| | |
|---|---|
| Andrew C. Ryan | ryan@cantorcolburn.com |
| William J. Cass | wcass@cantorcolburn.com |
| Thomas Mango | tmango@cantorcolburn.com |
| Benjamin J. Holl | benjamin.holl@dbr.com |
| Charles A. Reid, III | charles.reid@dbr.com |

**Counsel for STC:**
| | |
|---|---|
| Nancy J. Geenen | ngeenen@foleylaw.com |
| David B. Moyer | dmoyer@foley.com |
| Kimberly K. Dodd | kdodd@foley.com |

**Counsel for KOT:**
| | |
|---|---|
| Michael H. Bierman | mbierman@luce.com |
| Nicola A. Pisano | npisano@luce.com |
| Jeffrey David Wexler | jwexler@luce.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/1/07                                   /s/ MAG
                                                    **Chambers of Judge Whyte**