**FOLEY & LARDNER LLP**
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TEL: 650.856.3700
FAX: 650.856.3710

NANCY J. GEEENEN (CA BAR NO. 135968)
EILEEN R. RIDLEY (CA BAR NO. 151735)
DAVID B. MOYER (CA BAR NO. 197739)
KIMBERLY K. DODD (CA BAR NO. 235109)
NGEENEN@FOLEY.COM
ERIDLEY@FOLEY.COM
DMOYER@FOLEY.COM
KDODD@FOLEY.COM

ATTORNEYS FOR COUNTERDEFENDANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

*E-FILED - 10/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>    Defendants. | CASE NO. CV-04-03843 RMW (HRL)<br><br>**STIPULATION AND [] ORDER REGARDING DEADLINE FOR PARTIES' EXCHANGE OF DEMONSTRATIVE EXHIBITS** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>    Counterclaimant,<br><br>v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Counterclaim Defendants. | **NO HEARING REQUESTED**<br><br>PRETRIAL CONF:   NOVEMBER 1, 2007<br>TRIAL:                   NOVEMBER 19, 2007<br>THE HONORABLE RONALD M. WHYTE |

1   Plaintiff and counter-defendant Memry Corporation ("Memry"), Defendants Kentucky
2   Oil Technology, N.V., Peter Besselink, Memory Metals Holland, B.V. and counterclaimant
3   Kentucky Oil Technology, N.V. (collectively "Kentucky Oil") and counter-defendant
4   Schlumberger Technology Corporation ("STC"), file this Stipulation and Proposed Order to
5   extend the time for the parties to exchange demonstrative exhibits as set forth in the Court's
6   Standing Order Re: Pretrial Preparation, (the "Pretrial Preparation Order").  The parties
7   completed their initial meet and confer on October 2, 2007 and discussed scheduling issues
8   related to the pretrial filings.

## **RECITALS**

10   1.   On May 25, 2007, the Court set the trial of this action for November 19,
11   2007 and a Pretrial Conference for November 1, 2007.
12   2.   The Pretrial Preparation Order specifies that not less than ten court days
13   before the Pretrial Conference, the parties shall exchange copies of proposed exhibits, schedules,
14   and summaries and other items to be offered at trial together with a complete list of all such
15   proposed exhibits.  See paragraph B.8. of the Pretrial Preparation Order.
16   3.   The parties intend to exchange a list of those exhibits as required under the
17   Pretrial Preparation Order. but will not be prepared to exchange any charts, schedules,
18   summaries, diagrams or other materials that will be used as demonstratives at that time.  Such
19   demonstratives shall be exchanged six (6) calendar days before trial.  The parties agree that any
20   objection to such demonstratives shall be served and filed three (3) calendar days before trial.
21   The parties will serve copies of all other exhibits as required by the Pretrial Preparation Order.
22   4.   Finally, the parties agreed that a party must serve a copy of any
23   demonstrative at least 24 hours before it plans to use it at trial in the event that it has not been not
24   previously disclosed.

## **STIPULATION**

26   Accordingly, the parties stipulate as follows:
27   1.   The parties incorporate the recitals set forth above.
28   2.   The parties shall exchange any charts, schedules, summaries, diagrams or

1  other materials that will be used as demonstratives not less than six (6) calendar days before trial.
2  Objections to such demonstratives shall be served and filed three (3) calendar days before trial.
3       3.    If a party seeks to use any other demonstrative during trial, that party shall
4  serve the demonstrative on all other parties at least 24 hours before it is used.

DATED: OCTOBER 12, 2007    Cantor Colburn

William J. Cass
Attorneys for Memry Corporation

DATED: OCTOBER 12, 2007    Luce Forward Hamilton & Scripps LLP

Michael H. Bierman
Attorneys for Kentucky Oil Technology, NV
Peter Besselink and Memory Metals Holland B.V.

DATED: OCTOBER 12, 2007    Foley & Lardner LLP

Nancy J. Geenen
Attorneys for Schlumberger Technology Corporation.

**ORDER**

IT IS SO ORDERED.

DATED: 10/18/07

*Ronald M. Whyte*
Ronald M. Whyte
Judge, United States District Court