**FOLEY & LARDNER LLP**
1530 PAGE MILL ROAD
PALO ALTO, CA  94304
TEL:  650.856.3700
FAX:  650.856.3710

NANCY J. GEEENEN (CA BAR NO. 135968)
EILEEN R. RIDLEY (CA BAR NO. 151735)
DAVID B. MOYER (CA BAR NO. 197739)
KIMBERLY K. DODD (CA BAR NO. 235109)
NGEENEN@FOLEY.COM
ERIDLEY@FOLEY.COM
DMOYER@FOLEY.COM
KDODD@FOLEY.COM

ATTORNEYS FOR COUNTERDEFENDANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

*E-FILED - 10/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>        Defendants. | CASE NO. CV-04-03843 RMW (HRL)<br><br>**STIPULATION AND [] ORDER REGARDING DEADLINE FOR PARTIES TO LODGE HIGHLIGHTED COPY OF DEPOSITION TRANSCRIPTS** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>        Counterclaimant,<br><br>    v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>        Counterclaim Defendants. | **NO HEARING REQUESTED**<br><br>Pretrial Conference:  November 1, 2007<br>Trial:                November 19, 2007<br><br>THE HONORABLE RONALD M. WHYTE |

Plaintiff and counter-defendant Memry Corporation ("Memry"), Defendants Kentucky Oil Technology, N.V., Peter Besselink, Memory Metals Holland, B.V. and counterclaimant Kentucky Oil Technology, N.V. (collectively "Kentucky Oil") and counter-defendant Schlumberger Technology Corporation ("STC"), file this Stipulation and Proposed Order to extend the time for the parties to lodge each highlighted copy of the deposition transcripts to be used at trial. The parties completed their initial meet and confer on October 2, 2007 and discussed scheduling issues related to the pretrial filings.

## RECITALS

1. On May 25, 2007, the Court set the trial of this action for November 19, 2007 and a Pretrial Conference for November 1, 2007. In accordance with paragraph B.3. of the Court's Standing Order re Pretrial Preparation, the parties are instructed to lodge one copy of the deposition transcripts with pertinent portions of the deposition transcripts highlighted.

2. The parties met and conferred on October 2, 2007. The parties agreed to exchange highlighted versions of the deposition transcripts and to lodge the final highlighted copies not less than 10 calendar days before trial.

## STIPULATION

Accordingly, the parties stipulate as follows:

1. The parties incorporate the recitals set forth above.

2. The parties shall lodge a highlighted copy of each deposition transcript to be offered at trial not less than 10 calendar days before trial.

DATED:   OCTOBER 12, 2007            Cantor Colburn

                                     /s/
                                     William J. Cass
                                     Attorneys for Memry Corporation

///

///

| | | |
|---|---|---|
| DATED: | OCTOBER 12, 2007 | Luce Forward Hamilton & Scripps LLP |

                                                     /s/
                                          Michael H. Bierman
                                          Attorneys for Kentucky Oil Technology, NV
                                          Peter Besselink and Memory Metals Holland B.V.

DATED:    OCTOBER 12, 2007            Foley & Lardner LLP

                                                    /s/
                                          Nancy J. Geenen
                                          Attorneys for Schlumberger Technology Corporation.

## ORDER

IT IS SO ORDERED.

DATED:    10/18, 2007            *Ronald M. Whyte*
                                          Ronald M. Whyte
                                          Judge, United States District Court