Michael H. Bierman, State Bar No. 89156
Jeffrey D. Wexler, State Bar No. 132256
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731

Nicola A. Pisano, State Bar No. 151282
JONES DAY
12265 El Camino Real, Suite 200
San Diego, California 92130-4096
Telephone No.: 858.314.1129
Fax No.: 858.314.1150

Attorneys for Defendant and Counterclaimant
Kentucky Oil Technology, N.V. and Defendants
Peter Besselink and Memory Metal Holland, B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>　　Defendants.<br><br>KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>　　Counterclaimant,<br><br>　　v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　Counterdefendants. | Case No. CV 04-03843 RMW (HRL)<br><br>**STIPULATION AND ORDER CONTINUING CERTAIN PRETRIAL DEADLINES BECAUSE OF EMERGENCY UNAVAILABILITY; ORDER CONTINUING PRETRIAL DATE TO NOVEMBER 8, 2007**<br><br>Date:　November 1, 2007<br>Time:　2:00 p.m.<br>Ctrm.:　6<br><br>The Honorable Ronald M. Whyte, District Judge |

1    WHEREAS the Pretrial Conference in this case is set for November 1, 2007;

2    WHEREAS, under the Court's Standing Order Re: Pretrial Preparation ("Standing Order"): (1) oppositions to motions *in limine*, (2) objections to the use of deposition excerpts or other discovery responses, (3) counter-designations, and (4) objections to voir dire, proposed findings, verdict forms or the authenticity or admissibility of any trial exhibits are to be served and filed or lodged not less than five court days prior to the Pretrial Conference, on or before October 25, 2006;

3    WHEREAS, under this Court's May 25, 2007 Order, the Joint Pretrial Statement is to be filed on October 26, 2007;

4    WHEREAS, one of the two primary trial counsel for defendant and counterclaimant Kentucky Oil Technology, N.V. ("Kentucky Oil") in this action, Nicola A. Pisano, and his family were required to evacuate their home in Rancho Santa Fe, California early on the morning of October 22, 2007 because of the fires in San Diego County, and the Del Mar office of Jones Day where Mr. Pisano practices law has been closed since that date;

5    WHEREAS, as a result of the evacuation, Mr. Pisano has been unable to work on this case since the afternoon of October 21, 2007 and remains unable to work on the case;

6    WHEREAS, Kentucky Oil will therefore be unable to complete the work necessary to timely file, lodge and serve all of the documents required under the Standing Order;

7    WHEREAS, counterdefendant Schlumberger Technology Corporation ("Schlumberger") is willing to agree to extend these deadlines as an accommodation;

8    WHEREAS, Kentucky Oil is willing to extend reciprocal courtesies to Schlumberger; and

9    WHEREAS, plaintiff and counterdefendant Memry Corporation does not agree to extend any pre-trial deadlines;

    IT IS HEREBY STIPULATED, by and between Kentucky Oil and Schlumberger, by and through their respective counsel of record:

1.    Kentucky Oil's oppositions to Schlumberger's motions *in limine* and Schlumberger's oppositions to Kentucky Oil's motions *in limine* may be filed October 29, 2007, rather than on October 25, 2007;

2. The following documents to be filed and served by Kentucky Oil and Schlumberger may be filed and served October 29, 2007 rather than October 25, 2007:

    a. Objections to the use of deposition excerpts or other discovery responses;

    b. Counter-designations;

    c. Objections to proposed voir dire, proposed findings, proposed verdict forms, or to the authenticity or admissibility of any trial exhibits; and

3. The parties' Joint Pretrial Statement may be filed on October 29, 2007 rather than October 26, 2007.

DATED: October 24, 2007    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By:    /s/ Michael H. Bierman
Michael H. Bierman
Attorneys for Defendant and Counterclaimant
Kentucky Oil Technology, N.V. and Defendants
Peter Besselink and Memory Metal Holland, B.V.

DATED: October 24, 2007    FOLEY & LARDNER LLP

By:    /s/ Eileen R. Ridley
Eileen R. Ridley
Foley & Lardner, LLP
Attorneys for Counterdefendant
Schlumberger Technology Corporation.

ORDER

GOOD CAUSE APPEARING, it is ordered that:

1. Kentucky Oil's oppositions to Schlumberger's motions in limine and Schlumberger's oppositions to Kentucky Oil's motions in limine may be filed October 29, 2007, rather than October 25, 2007.

2. The following documents to be filed and served by Kentucky Oil and Schlumberger may be filed and served October 29, 2007 rather than October 25, 2007:

 a. Objections to the use of deposition excerpts or other discovery responses;

 b. Counter-designations; and

 c. Objections to proposed voir dire, proposed findings, proposed verdict forms, or to the authenticity or admissibility of any trial exhibits.

3. The parties joint pre-trial statement may be filed October 29, 2007 rather than October 26, 2007.

4. The court requires time to review these pretrial materials and thus continues the pretrial conference date to Thursday, November 8, 2007 at 2:00 p.m. The trial date remains as scheduled.

DATED: October _25_, 2007  By: _/s/ Ronald M. Whyte_
             Ronald M. Whyte
             Judge, United States District Court

201009195.1