H. CHRISTIAN L'ORANGE (State Bar No. 71730)
BENJAMIN J. HOLL (State Bar No. 200630)
MICHAEL P. PULLIAM (State Bar No. 215435)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

WILLIAM J. CASS, ESQ., *pro hac vice*
ANDREW C. RYAN, ESQ., *pro hac vice*
THOMAS J. MANGO, ESQ, *pro hac vice*
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
Telephone: (860) 286-2929
Facsimile (860) 286-0115

Attorneys for Plaintiff and Counterdefendant
MEMRY CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| _____<br>MEMRY CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V.,<br>PETER BESSELINK AND MEMORY<br>METAL HOLLAND B.V.,<br><br>                    Defendants.<br>_____<br><br>KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>                    Counterclaimant,<br><br>v.<br><br>MEMRY CORPORATION and<br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION,<br><br>                    Counterdefendants.<br>_____ | Case No. CV-04-03843 RMW (HRL)<br><br>**STIPULATION AND ORDER<br>CLARIFYING ORDER CONTINUING<br>CERTAIN DEADLINES BECAUSE OF<br>EMERGENCY UNAVAILABILITY**<br><br>Date:   November 8, 2007<br>Time:   2:00 p.m.<br>Ctrm.:  6<br><br>The Honorable Ronald M. Whyte, District Judge |

WHEREAS on October 23, 2007 Kentucky Oil Technology, N.V. ("Kentucky Oil") and

Schlumberger Technology Corporation ("Schlumberger") filed a Stipulation and Proposed Order

Continuing Certain Pretrial Deadlines Because of Emergency Unavailability ("Stipulation and

Proposed Order") due to the fact that Kentucky Oil's trial counsel, Nicola A. Pisano, and his family

have evacuated their home and Mr. Pisano's office has closed as a result of the fires in San Diego;

WHEREAS on October 24, 2007 Memry filed an Assent to the Proposed Stipulation;

WHEREAS on October 24, 2007 the Court entered the Proposed Order extending certain

pretrial deadlines as between counsel for Kentucky Oil and Schlumberger;

WHEREAS counsel for Memry and Kentucky Oil now wish to clarify that the Order apply to

due dates as between Memry and Kentucky Oil as well;

WHEREAS Schlumberger does not object to pre-trial extensions being applied as to Memry

and Kentucky as well.

IT IS HEREBY STIPULATED, by and between Kentucky Oil and Memry, by and through

their respective counsel of record:

1.      Kentucky Oil's oppositions to Memry's motions *in limine* and Memry's oppositions to

Kentucky Oil's motions *in limine* may be filed October 29, 2007, rather than on October 25, 2007;

2.      The following documents to be filed and served by Kentucky Oil, Schlumberger and

Memry may be filed and served October 29, 2007 rather than October 25, 2007;

       a.      Objections to the use of deposition excerpts or other discovery responses;

       b.      Counter-designations;

       c.      Objections to proposed voir dire, proposed findings, proposed verdict forms, or

           to the authenticity or admissibility of any trial exhibits; and

3.      The parties' Joint Pretrial Statement may be filed on October 29, 2007 rather than

October 26, 2007.

STIPULATION AND ORDER
CASE. NO. 04-03843 RMW (HRL)

1

2    DATED: October __24__, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

3

4                                          By: __/s/ Michael H.  Bierman_____
                                               Michael H. Bierman
5                                              Attorneys for Defendant and ounterclaimant
                                               Kentucky Oil Technology, N.V. and Defendants
6                                              Peter Besselink and Memory Metal Holland, B.V.

7

8
     DATED: October __24__, 2007          CANTOR COLBURN LLP
9

10

11                                         By: __/s/ Andrew C. Ryan_____
                                               William J. Cass
12                                             Cantor Colburn LLP
                                               Attorneys for Counterdefendant
13                                             Schlumberger Technology Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3                STIPULATION AND ORDER
                                                          CASE. NO. 04-03843 RMW (HRL)

ORDER

GOOD CAUSE APPEARING, it is ordered that:

1.    Kentucky Oil's oppositions to Memry's motions in limine and Memry's oppositions to Kentucky Oil's motions in limine may be filed October 29, 2007, rather than October 25, 2007.

2.    The following documents to be filed and served by Kentucky Oil, Schlumberger and Memry may be filed and served October 29, 2007 rather than October 25, 2007;

       a.    Objections to the use of deposition excerpts of other discovery responses;

       b.    Counter-designations; and

       c.    Objections to proposed voir dire, proposed findings, proposed verdict forms, or the authenticity or admissibility of any trial exhibits.

3.    The parties joint pre-trial statement may be filed October 29, 2007 rather than October 26, 2007.

DATED: October __24___, 2007       By: *Ronald M. Whyte*

                                 Ronald M. Whyte
                                 Judge, United States District Court

STIPULATION AND ORDER
CASE. NO. 04-03843 RMW (HRL)