*E-FILED - 11/6/07*

UNITED STATES DISTRICT COURT

Northern District of California

RMW

CASE NO. C-04-03843 ~~HRL~~

Memry Corporation

Plaintiff(s),

v.

Kentucky Oil Technology, NV, Peter Besselink and Memory Metal Holland BV

Defendant(s).

~~(XXXXX)~~ ~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

James J. Cummings, an active member in good standing of the bar of CT/NJ/NY/CA whose business address and telephone number (particular court to which applicant is admitted) is

James J. Cummings, 55 Griffin Road South
Bloomfield, CT 06002   (860) 286-2929
jcummings@cantorcolburn.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff Plaintiff, Memry Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg  11/6/07

*Ronald M. Whyte*
─────────────────
~~District~~
United States ~~Magistrate~~ Judge
Ronald M. Whyte