E-FILED on    1/15/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>　　　　Defendants. | No. C-04-03843 RMW<br><br>ORDER RE: JANUARY 25, 2008 FURTHER CASE MANAGEMENT CONFERENCE |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>　　　　Counterdefendants. | |

The court has on its calendar a further case management conference between the parties for 10:30 a.m. on Friday, January 25, 2008. The court has received an inquiry from Memry's counsel regarding the format for that conference.

1       As a preliminary matter, the court will move this matter from 10:30 a.m. to 2:00 p.m. on its Friday, January 25, 2008 calendar. At that time, the court will hear argument on any submitted and fully-briefed motions on which the court has not yet ruled. The parties should also be prepared to discuss what post-trial motions they intend to ask the court to consider and what issues remain for the court to decide.

DATED:    1/15/08

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Memry:**
Andrew C. Ryan            ryan@cantorcolburn.com
William J. Cass           wcass@cantorcolburn.com
Thomas Mango              tmango@cantorcolburn.com
Benjamin J. Holl          benjamin.holl@dbr.com
Charles A. Reid, III      charles.reid@dbr.com

**Counsel for STC:**
Nancy J. Geenen           ngeenen@foleylaw.com
David B. Moyer            dmoyer@foley.com
Kimberly K. Dodd          kdodd@foley.com

**Counsel for KOT:**
Michael H. Bierman        mbierman@luce.com
Nicola A. Pisano          npisano@luce.com
Jeffrey David Wexler      jwexler@luce.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/15/08                          /s/ MAG
                                        **Chambers of Judge Whyte**