DAVID B. MOYER, BAR NO. 197739
521 VISTA AVE.
SAN CARLOS, CA 94070
TEL: 650.387.2398
EMAIL: DAVIDBMOYER@YAHOO.COM

*E-FILED - 2/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>    Defendants.<br>_____<br>KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>    Counterclaimant,<br><br>  v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>    Counterdefendants. | Case No. CV-04-03843 RMW (HRL)<br><br>**NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND [] ORDER PERMITTING WITHDRAWAL**<br><br><br><br><br>The Honorable Ronald M. Whyte |

    Pursuant to Civil Local Rule 11-5(a), please take notice that David B. Moyer has resigned from his employment by the law firm of Foley & Lardner LLP and hereby withdraws as counsel for Schlumberger Technology Corporation ("STC") in this action. Nancy J. Geenen, Eileen R. Ridley, Aaron M. Schwarcz and Kimberly K. Dodd, of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125 continue as counsel of record for STC.

DATED: January 24, 2008                       /s/
                                              David B. Moyer

# **ORDER**

IT IS SO ORDERED.

DATED: 2/21/08

*Ronald M. Whyte*
Ronald M. Whyte
Judge, United States District Court