**FOLEY & LARDNER LLP**
1530 PAGE MILL ROAD
PALO ALTO, CA 94304
TEL: 650.856.3700
FAX: 650.856.3710

NANCY J. GEEENEN (CA BAR NO. 135968)
EILEEN R. RIDLEY (CA BAR NO. 151735)
KIMBERLY K. DODD (CA BAR NO. 235109)
NGEENEN@FOLEY.COM
ERIDLEY@FOLEY.COM
KDODD@FOLEY.COM

ATTORNEYS FOR COUNTERDEFENDANT,
SCHLUMBERGER TECHNOLOGY CORPORATION

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMRY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KENTUCKY OIL TECHNOLOGY, N.V., PETER BESSELINK, MEMORY METALS HOLLAND, B.V.,<br><br>Defendants. | CASE NO. CV-04-03843 RMW (HRL)<br><br>**STIPULATION AND [xxxxxxxxxxxxx] ORDER CONTINUING DEADLINES TO FILE OPPOSITION AND REPLY BRIEFS FOR POST-TRIAL MOTIONS** |
| KENTUCKY OIL TECHNOLOGY, N.V.,<br><br>Counterclaimant,<br><br>v.<br><br>MEMRY CORPORATION and SCHLUMBERGER TECHNOLOGY CORPORATION,<br><br>Counterclaim Defendants. | THE HONORABLE RONALD M. WHYTE |

---

STIPULATION AND [xxxxxxxxxx] ORDER REGARDING CONTINUATION OF BRIEFING DEADLINES FOR POST TRIAL BRIEFS
CASE NO. CV-04-03843 RMW (HRL)

| | |
|---|---|
| 1 | Plaintiff and counter-defendant Memry Corporation ("Memry"), Defendants Kentucky |
| 2 | Oil Technology, N.V., Peter Besselink, Memry Metals Holland, B.V. and counterclaimant |
| 3 | Kentucky Oil Technology, N.V. (collectively "KOT") and counter-defendant Schlumberger |
| 4 | Technology Corporation ("STC"), file this Stipulation and Proposed Order to Continue The |
| 5 | Deadlines for Filing the Opposition and Reply Briefs Regarding Post Trial Motions. |

The parties have participated in settlement discussions of the matter on March 5, 2008 and are scheduled to continue their discussions before Judge Ware on March 13, 2008. To facilitate these discussions, the parties seek to continue the deadlines to file their briefs regarding the pending post trial matters for one week. Thus, opposition/response briefs for the pending post trial motions (including the motion regarding inventorship [Docket 1110] and Memry's motions for JMOL and New Trial [Dockets 1107 and 1108] shall be continued from March 7, 2008 to March 14, 2008 while the deadline to file related reply briefs shall be continued from March 21, 2008 to March 28, 2008. The April 16, 2008 hearing date shall remain unchanged.

IT IS SO STIPULATED.

DATED: MARCH 6, 2008    Cantor Colburn

_William J. Cass_ (authorization)
Attorneys for Memry Corporation

///DATED: MARCH 6, 2008    Luce Forward Hamilton & Scripps LLP

_Jeffrey Wexler_
Attorneys for Kentucky Oil Technology, NV
Peter Besselink and Memry Metals Holland B.V.

DATED: MARCH 6, 2008    Foley & Lardner LLP

_Eileen R. Ridley_
Attorneys for Schlumberger Technology Corporation.

## ORDER

IT IS SO ORDERED.

DATED: 3/13/08

*Ronald M. Whyte*
Ronald M. Whyte
Judge, United States District Court