1

2                                                              *E-filed 3/28/08*

3

4

5

6

7                              NOT FOR CITATION

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11   MEMRY CORPORATION,
                                              Case No. C04-03843 RMW (HRL)
12              Plaintiff,

13        v.
                                              **ORDER ON MOTIONS TO FILE**
14   KENTUCKY OIL TECHNOLOGY, N.V.,           **DOCUMENTS UNDER SEAL**
     PETER BESSELINK, MEMORY METALS
15   HOLLAND, B.V.,

16              Defendants.                   Re: Docket Nos. 232, 277, 395, 405, 498,
     _____  505, and 536
17
     KENTUCKY OIL TECHNOLOGY, N.V.,
18
                Counterclaimant,
19
          v.
20
21   MEMRY CORPORATION and
     SCHLUMBERGER TECHNOLOGY
22   CORPORATION,

23              Counterdefendants.
     _____/
24

25        Pursuant to Local Rule 79-5 and 7-11, both parties moved to file certain documents

26   under seal.  The original motions did not contain the proper supporting declarations and the

27   parties were ordered to show cause why those documents should not be made part of the public

28   record.  Based on the parties' responses, the court orders as follows:

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1    **Motion to File Under Seal: Docket No. 232**

2         Counter-defendant Schlumberger Technology Corporation (STC) moved to file

3    confidential exhibits to Docket No. 237 under seal.

4         Defendant Kentucky Oil Technology (KOT) withdrew its confidentiality designation as

5    to Exhibits A, C, and D of Docket No. 237.  These documents were then resubmitted

6    electronically by KOT.  However, as for Exhibit B to Docket No. 237, KOT has shown good

7    cause for filing under seal.  Non-Party Abbott Laboratories (Abbott) also responded to the

8    court's Order to Show Cause.  Abbott has sufficiently demonstrated good cause for filing

9    Exhibits E and F to Docket No. 237 under seal.

10        Accordingly, the Motion [Docket No. 232] is GRANTED as to the following Exhibits to

11   Docket No. 237: B (unredacted), E and F.  The Clerk shall file the specified documents under

12   seal.  The motion is otherwise DENIED.

13

14   **Motion to File Under Seal: Docket No. 277**

15        KOT moved to file under seal confidential exhibits to Docket No. 275 and Docket No.

16   273 (Memorandum in Opposition to STC's Second Motion to Compel).

17        KOT withdrew its confidentiality designation as to the majority of Exhibits B and C to

18   Docket No. 275.  Redacted versions of these documents were resubmitted electronically by

19   KOT, once its designation was withdrawn.   However, as to the portions Exhibits B and C

20   dealing with Dr. van Moorleghem's financial information, KOT has shown good cause for filing

21   under seal.  Non-Party Abbott has sufficiently demonstrated good cause for filing Exhibits D

22   and E to Docket No. 275 under seal.

23        Accordingly, the Motion [Docket No. 277] is GRANTED as to the following:

24        1.    Unredacted version of Exhibits B and C to Docket No. 275

25        2.    Exhibits D and E to Docket No. 275

26   The Clerk shall file the specified documents under seal.  The motion is otherwise DENIED.  **By**

27   **April 11, 2008, KOT shall electronically resubmit unredacted versions of Docket No. 273**

28   **and of Exhibit A to Docket No. 275.**

                                                    2

**United States District Court**
For the Northern District of California

**Motion to File Under Seal: Docket No. 395**

STC moved to file exhibits A-Q and PP-TT to Docket No. 397 (Moyer Declaration in Support of STC's Motion to Compel) under seal.

KOT withdrew its confidentiality designation as to Exhibits A, C, F, G, H, I, J, M, N, O, Q, PP, QQ, and TT of Docket No. 397.  These documents have been resubmitted electronically by KOT.  Furthermore, KOT withdrew its confidentiality designation as to the majority of Exhibits B and E to Docket No. 397.  Redacted versions of these documents were also resubmitted electronically by KOT.   However, as to the portions Exhibits B and E dealing with Dr. van Moorleghem's financial information and Mr. Besselink's telephone number, KOT has shown good cause for filing under seal.

KOT has shown good cause for filing Exhibits K, L, P, RR, and SS of Docket No. 397 under seal.  Non-Party Abbott has sufficiently demonstrated good cause for filing Exhibit D to Docket No. 397 under seal.

Accordingly, the Motion [Docket No. 395] is GRANTED as to the following Exhibits to Docket No. 397: B, D, E, K, L, P, RR, and SS.  The Clerk shall file the specified documents under seal.  The motion is otherwise DENIED.


**Motion to File Under Seal: Docket No. 405**

Memry Corporation moved to file exhibits 5, 7, and 12 to Docket No. 404 under seal.

KOT withdrew its confidentiality designation as to portions of Exhibits 7 and 12 to Docket No. 404.  However, as to the portions Exhibits 7 and 12 dealing with the details of KOT's trade secrets or the financial terms of a KOT agreement, KOT has shown good cause for filing under seal.  Redacted versions of these documents were then resubmitted electronically by KOT.   As for Exhibit 5 to Docket No. 404, KOT has shown good cause for filing under seal.

Accordingly, the Motion [Docket No. 405] is GRANTED as to the following Exhibits to Docket No. 404: 5, 7 (unredacted), and 12 (unredacted).  The Clerk shall file the specified documents under seal.  The motion is otherwise DENIED.

**United States District Court**
For the Northern District of California

1

2    **Motion to File Under Seal: Docket No. 498**

3         KOT moved to file under seal Docket Nos. 492, 488, 482, 493, 489, 483, and 486 (either

4    portions thereof or in their entirety).

5         STC withdrew its confidentiality designation for Docket Nos. 492, 488, 482, 493 and

6    483.  KOT electronically resubmitted the unredacted versions of the following documents:

7    Docket No. 492 (KOT Motion to Compel re: STC's "Reasonable Beliefs");  Docket No. 488

8    (KOT Motion to Compel re: Shell's Intellectual Property); Docket No. 482 (KOT Motion to

9    Compel re: 11/29/00 Memorandum); and, Exhibits D, E, F, G, and H to Docket No. 493.

10        STC shows good cause for filing under seal Exhibit C to Docket No. 486 and Exhibits

11   D, E, G-Z, AA-RR, YY, ZZ, AAA, and BBB to Docket No. 489.  (KOT also shows good cause

12   for filing XX to Docket No. 489 under seal).

13        Accordingly, the Motion [Docket No. 498] is GRANTED as to the following:

14   1.    Exhibit C to Docket No. 486

15   2.    Exhibits D, E, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA,

16         BB, CC, DD, EE, FF, GG, HH, II, JJ, KK, LL, MM, NN, OO, PP, QQ, RR, XX,

17         YY, ZZ, AAA, and BBB to Docket No. 489.

18   The Clerk shall file the specified documents under seal.  The motion is otherwise DENIED.  **By**

19   **April 11, 2008, KOT shall resubmit an unredacted electronic version of Docket No. 483.**

20

21   **Motion to File Under Seal: Docket No. 505**

22        STC moved to file confidential exhibits to Docket No. 503 under seal.

23        KOT withdrew its confidentiality designation as to Exhibit A to Docket No. 503.  This

24   document was resubmitted electronically by KOT, once its designation was withdrawn.  Non-

25   Party Abbott has sufficiently demonstrated good cause for filing Exhibits C, D, E, F, and G to

26   Docket No. 503 under seal.

27

28

4

United States District Court

For the Northern District of California

1    Accordingly, the Motion [Docket No. 505] is GRANTED as to the following Exhibits to

2  Docket No. 503: C, D, E, F, and G.  The Clerk shall file the specified documents under seal.

3  The motion is otherwise DENIED.

4  **Motion to File Under Seal: Docket No. 536**

5    STC moved to file confidential exhibits to Docket No. 542 under seal.

6    KOT withdrew its confidentiality designation as to portions of Exhibits BB and CC to

7  Docket No. 542.  However, as to the portions Exhibits BB and CC dealing with financial

8  information for Dr. van Moorleghem and Mr. Shukov, KOT has shown good cause for filing

9  under seal.  Redacted versions of these documents have been resubmitted electronically by

10  KOT.  STC withdrew its confidentiality designation for Exhibits Z and AA to Docket No. 542

11  and electronically resubmitted those documents.

12    STC has shown good cause for filing Exhibits G, K, L, M, O, P, Q, R, T, and DD to

13  Docket No. 542.

14    Accordingly, the Motion [Docket No. 536] is GRANTED as to the following Exhibits to

15  Docket No. 542: BB (unredacted), CC (unredacted), G, K, L, M, O, P, Q, R, T, and DD. The

16  Clerk shall file the specified documents under seal.  The motion is otherwise DENIED.

17

18    **IT IS SO ORDERED.**

19

20

21  Dated:    3/28/08                                          _____

22                                                      HOWARD R. LLOYD
                                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

5